JAMES A. WILSON, Appellant, *v.* JAMES C. TENNENT, Respondent.

*Wilson* v. *Tennent*, 61 App. Div. 100, affirmed.
(Argued June 14, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 22, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*George D. Forsyth* for appellant.

*William Carter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., and CULLEN, J.

---

GEORGE M. TAYLOR, Respondent, *v.* HORACE L. HOTCHKISS et al., as Surviving Partners of the Firm of HORACE L. HOTCHKISS & COMPANY, Appellants.

*Taylor* v. *Hotchkiss*, 81 App. Div. 470, affirmed.
(Argued June 14, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 30, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Frederic E. Storke* for appellants.

*John D. Teller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.